

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-21-00020-CV

**IN RE** Richard Louis **FLEMING**, III

Original Mandamus Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on February 3, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CV-0167, styled *NASA Federal Credit Union v. Richard Louis Fleming, III*, pending in the County Court, Guadalupe County, Texas, the Honorable Bill Squires presiding.